IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LOFTY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 2:17-CV-159-D |
| | § | |
| MCKELLY ROOFING, LLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the June 22, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff Lofty, Inc.'s ("Lofty's") March 2, 2018 motion for leave to amend pleadings to add necessary party is granted in part and denied in part. Lofty shall promptly file a first amended complaint that conforms to the restrictions of the magistrate judge's June 22, 2018 findings, conclusions, and recommendation.

Lofty's March 12, 2018 motion for leave to amend expert designation is granted in part and denied in part. Lofty shall comply with the magistrate judge's June 22, 2018 findings, conclusions, and recommendation according to the orders therein. Lofty's July 12, 2018 motion for clarification is denied without prejudice to being presented anew if clarification is needed following the court's

adoption of the magistrate judge's June 22, 2018 findings, conclusions, and recommendation concerning Lofty's motion for leave to amend expert designation.

**SO ORDERED**.

July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE