IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LOFTY, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:17-CV-159-D |
| MCKELLY ROOFING, LLC, | § § § | |
| Defendant. | § | |

## **ORDER**

Defendant's counsel advised the magistrate judge during a November 14, 2018 status conference that there is no objection to the court's adopting the November 7, 2018 findings, conclusions, and recommendation of the magistrate judge. Accordingly, the recommendation of the magistrate judge is adopted, and defendant's April 6, 2018 motion for summary judgment is denied without prejudice as moot.

**SO ORDERED**.

November 15, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE